# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Joan Schlenker, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:14-CV-01689 UNA |
| Big Lots Stores, Inc., | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on October 2, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:14-CV-00141.

**IT IS FURTHER ORDERED** that cause number 4:14-CV-01689UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: October 2, 2014      By: /s/ Michele Crayton
                                 Deputy In Charge

**In all future documents filed with the Court, please use the following case number 1:14-CV-00141 ACL.**